IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MORI,<br><br>          Plaintiff,<br><br>     v.<br><br>UNUM LIFE INSURANCE CO.,<br><br>          Defendant.<br>_____/ | No. C 05-00387 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

On April 8, 2005, this Court entered an Order staying all proceedings in this case pending completion of the reassessment of Plaintiff's claim under a Regulatory Settlement Agreement.

The parties are HEREBY ORDERED to submit a joint status report to the Court by no later than August 15, 2005, setting forth the status of the reassessment and the parties expectation as to when the stay may be lifted or this matter dismissed. If the stay is not to be lifted, the parties shall submit joint status reports to the Court every sixty days.

**IT IS SO ORDERED.**

Dated: August 8, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE