Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF
AMERICA; UNUMPROVIDENT CORPORATION;
and PACVEN WALDEN, INC. LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MORI, | Case No. C 05-00387 JSW |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS AND STRIKE; [proposed] ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION; PACVEN WALDEN, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Notice of Withdrawal of Defendants' Motion to Dismiss and Strike - Case No. C 05-00387 JSW

Pursuant to the Court's request, due the fact that this case is currently stayed, Defendants withdraw their Motion to Dismiss Plaintiff's Second and Third Claims for Relief and Motion to Strike Prayer for Non-ERISA Damages and Demand for Jury Trial, originally set for hearing on May 27, 2005. Defendants reserve the right to re-submit this Motion when the stay is lifted, if necessary.

Dated: September 13, 2005        GREEN & HUMBERT

By: _____/s/_____
        Horace W. Green
        Joanne M. Ryan

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION; AND PACVEN WALDEN, INC. LONG TERM DISABILITY PLAN

## ORDER

IT IS SO ORDERED.

Dated: September 19, 2005        _____
                                JEFFREY S. WHITE
                                United States District Judge