Arnold R. Levinson (SBN 066583)
Terrence J. Coleman (SBN 172183)
Rebecca Gray (SBN 194940)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, Thirty-First Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:   (415) 433-4816

Attorneys for Plaintiff
JENNIFER MORI

Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:   (415) 837-0127

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA; UNUMPROVIDENT
CORPORATION; and PACVEN WALDEN, INC.
LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MORI, | Case No. C 05-00387 JSW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION; PACVEN WALDEN, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff JENNIFER MORI and Defendants UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION, and PACVEN WALDEN, INC. LONG TERM DISABILITY PLAN, by and through their respective counsel of record, hereby stipulate that this matter be dismissed with prejudice, each party to bear its own costs of suit and attorney's fees.

DATE: May 10, 2006   PILLSBURY & LEVINSON, LLP

By: /s/ Arnold R. Levinson
ARNOLD R. LEVINSON

Attorneys for Plaintiff
JENNIFER MORI

DATE: May 11, 2006   GREEN & HUMBERT

By: /s/ Horace W. Green
HORACE W. GREEN

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA, UNUMPROVIDENT
CORPORATION and PACVEN
WALDEN, INC. LONG TERM
DISABILITY PLAN

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATE: May 11, 2006   GREEN & HUMBERT

By: /s/ Horace W. Green
HORACE W. GREEN

**ORDER**

IT IS SO ORDERED.

DATED: May 12, 2006

_____
JEFFREY S. WHITE
United States District Judge